# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHERINE SCHNEFKE, )<br>on behalf of Plaintiff and the class members )<br>described herein, )<br>            ) <br>            Plaintiff, )<br>            )<br>      vs.   )<br>            )<br>ANONG LLC, et. al.      )<br>            )<br>            Defendants.  ) | Case No. 3:24-cv-00266<br><br>Judge Nancy J. Rosenstagel |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Katherine Schnefke and Defendants Anong, LLC d/b/a AvailBlue, LDF Holdings, LLC, Jessi Lee Phillips Lorenzo, Mark Koetting, Mainspring Management LLC, and Rick A. Gwynne II hereby stipulate to the dismissal of all individual claims of brought by Plaintiff in this litigation without prejudice to automatically convert to a dismissal with prejudice after thirty (45) days. All class claims are dismissed without prejudice. Each Party shall bear its own fees and expenses.

Dated: November 8, 2024

Respectfully submitted,

| | |
|---|---|
| *s/ Dulijaza (Julie) Clark*<br>Daniel A. Edelman<br>Dulijaza (Julie) Clark<br>EDELMAN, COMBS, LATTURNER<br>    & GOODWIN, LLC<br>20 S. Clark Street, Suite 1800<br>Chicago, IL  60603<br>(312) 739-4200<br>  *Attorneys for Plaintiff* | */s/ Arthur D. Gregg (w/ consent)*<br>Arthur D. Gregg #6319204<br>SPENCER FANE LLP<br>1 N. Brentwood Blvd., Suite 1200<br>St. Louis, MO 63105<br>(314) 863-7733 (Tel)<br>(314) 862-4656 (Fax)<br>agregg@spencerfane.com<br>  *Attorney for Defendants Anong LLC,<br>  LDF Holdings, LLC, Jessi Lorenzo* |

*s/ Eric Kaplan (w/ consent)*
Eric Kaplan
KAPLAN & GOURNIS, P.C.
One South Wacker Drive, Suite 2400
Chicago, IL 60606
ekaplan@kpglaw.com

*Attorney for Defendants Mainspring*
 *Management and Rick A. Gwynne II*

## **CERTIFICATE OF SERVICE**

      I, Dulijaza (Julie) Clark, hereby certify that on November 8, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which shall cause notification to be sent to all counsel of record.

                                                        *s/ Dulijaza (Julie) Clark*
                                                        Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200