IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHERINE SCHNEFKE on behalf of Herself and Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANONG LLC, d/b/a AVAILBLUE, LDF HOLDINGS LLC, MAINSPRING MANAGEMENT LLC, MARK KOETTING, JESSI LEE PHILLIPS LORENZO RICK A GWYNNE, II, and DOES 1 THROUHG 10,<br><br>Defendants. | Case No. 3:24-CV-00266-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the parties' Joint Stipulation of Dismissal dated November 8, 2024 (Doc. 32), this entire action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

DATED:  November 12, 2024

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
        Deputy Clerk

APPROVED:  _____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge